IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>BROOKE MELADY REGAN,<br><br>          Defendant. | Case No. 3:20-cr-62<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Nicholas W. Chase, Acting United States Attorney for the District of North Dakota, and Brett M. Shasky, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  May 13, 2021

                                    NICHOLAS W. CHASE
                                    Acting United States Attorney


By:   */s/ Brett M. Shasky*
       BRETT M. SHASKY
       Assistant United States Attorney
       ND Bar ID 04711
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       brett.shasky@usdoj.gov
       Attorney for United States